UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 01-10469-GAO

UNITED STATES OF AMERICA,

v.

WILLIAM OLIVERO
Defendant.

# DENIAL OF CERTIFICATE OF APPEALABILITY
November 29, 2012

O'TOOLE, D.J.

A certificate of appealability with respect to the denial of William Olivero's motion under 28 U.S.C. § 2255 is DENIED because the petitioner did not make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

/s/ George A. O'Toole, Jr.
United States District Judge